In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-21-00059-CR

_____

JAMES RAY DUNCANSON, Appellant

V.

THE STATE OF TEXAS, Appellee

**On Appeal from the 52nd District Court**
**Coryell County , Texas**
**Trial Cause No. 19-25491**

**MEMORANDUM OPINION**

In an open plea, appellant James Ray Duncanson pleaded guilty to prostitution solicitation of a person under 18 years old. Tex. Penal Code Ann. § 43.02(c-1). After conducting a sentencing hearing, the trial court assessed Duncanson's punishment at five years incarceration in the Texas Department of Criminal Justice, Institutional Division.[1]

_____

[1] This case was transferred to this Court from the Tenth Court of Appeals in Waco, Texas, pursuant to a docket equalization order. *See* Tex. Gov't Code Ann. § 73.001.

1

Duncanson's appellate counsel filed an *Anders* brief that presents counsel's professional evaluation of the record and concludes that the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On September 7, 2021, we granted an extension of time for Duncanson to file a pro se brief. We received no response from Duncanson.

We reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support the appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[2]

AFFIRMED.

_____

CHARLES KREGER
Justice

Submitted on February 23, 2022
Opinion Delivered April 20, 2022
Do Not Publish

Before Kreger, Horton and Johnson, JJ.

---

[2] Duncanson may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.